**R. M. HANSON, Appellant, v. William E. BIRMINGHAM et al., as Executors, etc.**

No. 14226.

United States Court of Appeals
Eighth Circuit.

June 6, 1951.

O. L. Dykstra, Des Moines, Iowa, for appellant.

Theron Lamar Caudle, Asst. Atty. Gen. and Ellis N. Slack, Sp. Asst. to Atty. Gen., for appellees.

PER CURIAM.

Appeal from District Court dismissed with prejudice, D.C., 92 F.Supp. 33, on motion of appellant.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. PRECAST SLAB & TILE COMPANY.**

No. 14276.

United States Court of Appeals
Eighth Circuit.

June 20, 1951.

David P. Findling, Associate General Counsel, National Labor Relations Board, and A. Norman Somers, Assistant General Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

Suelthaus & Krueger, St. Louis, Mo., for respondent.

PER CURIAM.

Petition of National Labor Relations Board for enforcement of its Order dismissed and cause remanded to said Board for purpose of vacating its order and dismissing the complaint in the proceedings before it, on motion of petitioner and consent of respondent.

**Lillie Harris BURNS, Appellant v. UNITED STATES of America, et al.**

No. 14340.

United States Court of Appeals
Eighth Circuit.

June 19, 1951.

Frank C. Douglas, Blytheville, Ark., for appellant.

James T. Gooch, U. S. Atty., Little Rock, Ark., Wils Davis, Memphis, Tenn., Reid & Roy, Blytheville, Ark., and C. C. Cannon, Forrest City, Ark., for appellees.

Appeal from District Court dismissed, D. C., 95 F.Supp. 628, on motion of certain appellees and stipulation of parties.

**Joseph STEPHENS and Imogene Stephens, alias Imogene Stewart, Appellants v. UNITED STATES of America, Appellee.**

No. 11319.

United States Court of Appeals
Sixth Circuit.

June 13, 1951.

Morris Weintraub, Charles E. Lester, Jr., Newport, Ky., for appellants.

Ray J. O'Donnell, Frank J. Richter, and Joseph C. Bullock, Cincinnati, Ohio, for appellee.

Before HICKS, Chief Judge, and ALLEN and MILLER, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs and argument of counsel, and it appearing to the court that there was sufficient evidence to sustain the verdict of the jury, and that no reversible error in the conduct of the Judge during the progress of the trial appears in the record,

It is therefore ordered and adjudged that the judgment appealed from be and the same is in all things affirmed.